IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| BK PROPERTIES OF TAMPA, LLC, a Florida limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> OCEAN VISTAS VOLUSIA, LLC, a Florida limited liability company <br><br> Defendant. | CIVIL ACTION <br><br> FILE NO. 6:07-cv-01307-ACC-DAB |

PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT

Plaintiff BK PROPERTIES OF TAMPA, LLC, by and through undersigned counsel, hereby files its Certificate of Interested Persons and Corporate Disclosure Statement.

1. The following represents all known attorneys, persons, associations of persons, firms, partnerships and corporations, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party or as to which such party has a controlling interest, that have an interest in the outcome of this case:

    a.    Brian Kenney

2. The following represents every other entity whose publicly-traded stock, equity or debt may be substantially affected by the outcome of these proceedings:

    None.

108636.1

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or 20 largest unsecured creditors) in bankruptcy cases:

> Not applicable.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

> Brian Kenney
> Laurie S. Burcaw
> Tara Kenney
> Unknown as to others.

I hereby certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

KINSEY, VINCENT, PYLE, LLC

By: ⁄s⁄ *Drew C. Williams*
    Drew C. Williams
    Florida Bar No. 0017926
    150 S. Palmetto Avenue, Box A
    Daytona Beach, Florida 32114
    Telephone: (386) 252-1561
    Fax: (386) 254-8157

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 18, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I served the foregoing document and notice of electronic filing, by mail, to Stephen R. Ponder, Van Houten, Ponder & Hahl, P.A., 114 S. Palmetto Avenue, Daytona Beach, Florida 32114 on September 18, 2007.

By: /s/ *Drew C. Williams*
Drew C. Williams